**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 23-20671-GLT |
| Justin Robert Kolander, | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 22 |
| | : | |
| State Financial Network, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **State Financial Network**
**Incorrect Address:** **1974 Sproul Road Broomall, PA 19008-3400**
**Correct Address:**   **5 Hillman Drive Suite 300 Chaddsford PA 19317**

Respectfully Submitted,

Date: May 16, 2023

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors