**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Justin Robert kolander                                                    CHAPTER 13
<u>                          Debtor(s)</u>

BKY. NO. 23-20671 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of STATE FINANCIAL NETWORK and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
16 May 2023, 15:22:14, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com