**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 23-20671-GLT |
| Justin Robert Kolander, | : |  |
| *Debtor*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: 26 |
|  | : |  |
| State Financial Network, | : |  |
| *Movant*, | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       **State Financial Network**
**Incorrect Address:**   **1974 Sproul Road Broomall, PA 19008-3400**
**Correct Address:**     **5 Hillman Drive Chadds Ford, PA 19317**

Respectfully Submitted,

Date:  June 7, 2023

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors