Certificate Number: 03088-PAW-DE-040635459

Bankruptcy Case Number: 23-20671



03088-PAW-DE-040635459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2026, at 6:16 o'clock PM CST, justin r kolander completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 18, 2026          By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor