**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JUSTIN ROBERT KOLANDER** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **23-20671GLT** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made
**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   STATE FINANCIAL NETWORK LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:   9  4  5  8

**Property Address:**   103 ROENIGK RD
Number      Street

BOYERS                                            PA     16020
City                                          State   ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 151.94 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 151.94 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 151.94 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____ 26,711.34

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>May 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
_____
Signature

Date   03/02/2026

Trustee   Ronda J. Winnecour
First Name   Middle Name   Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number   Street

PITTSBURGH   PA   15219
City   State   ZIP Code

Contact phone   (412) 471-5566   Email   cmecf@chapter13trusteewdpa.com

CASE 23-20671-GLT   Doc 37   Filed 03/02/26   Entered 03/02/26 10:27:22   Desc Main
Document   Page 3 of 4

| Debtor 1 | **KOLANDER** | | | Case Number **23-20671GLT** | | Page 1 |
| | Name | | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | STATE FINANCIAL NETWORK LLC | 05/29/2024 | 1301770 | Amounts Disbursed To Creditor | 151.94 |
| | | | | Total for Claim Number 8: | 151.94 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **151.94** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | STATE FINANCIAL NETWORK LLC | 06/26/2023 | 1272175 | Amounts Disbursed To Creditor | 1,452.60 |
| 8 | STATE FINANCIAL NETWORK LLC | 07/25/2023 | 1274924 | Amounts Disbursed To Creditor | 723.14 |
| 8 | STATE FINANCIAL NETWORK LLC | 08/25/2023 | 1277712 | Amounts Disbursed To Creditor | 723.05 |
| 8 | STATE FINANCIAL NETWORK LLC | 09/26/2023 | 1280423 | Amounts Disbursed To Creditor | 1,084.51 |
| 8 | STATE FINANCIAL NETWORK LLC | 10/25/2023 | 1283138 | Amounts Disbursed To Creditor | 723.12 |
| 8 | STATE FINANCIAL NETWORK LLC | 11/27/2023 | 1285816 | Amounts Disbursed To Creditor | 723.20 |
| 8 | STATE FINANCIAL NETWORK LLC | 12/21/2023 | 1288387 | Amounts Disbursed To Creditor | 723.25 |
| 8 | STATE FINANCIAL NETWORK LLC | 01/26/2024 | 1291108 | Amounts Disbursed To Creditor | 723.30 |
| 8 | STATE FINANCIAL NETWORK LLC | 02/26/2024 | 1293743 | Amounts Disbursed To Creditor | 815.63 |
| 8 | STATE FINANCIAL NETWORK LLC | 03/26/2024 | 1296406 | Amounts Disbursed To Creditor | 1,323.57 |
| 8 | STATE FINANCIAL NETWORK LLC | 04/25/2024 | 1299064 | Amounts Disbursed To Creditor | 825.65 |
| 8 | STATE FINANCIAL NETWORK LLC | 05/29/2024 | 1301770 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 06/25/2024 | 1304282 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 07/25/2024 | 1306900 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 08/26/2024 | 1309449 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 09/25/2024 | 1312041 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 10/25/2024 | 1314576 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 11/25/2024 | 1317150 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 12/23/2024 | 1319529 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 01/28/2025 | 1322036 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 02/25/2025 | 1324447 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 03/26/2025 | 1326971 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 04/25/2025 | 1329429 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 05/23/2025 | 1331823 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 06/25/2025 | 1334281 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 07/25/2025 | 1336748 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 08/26/2025 | 1339143 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 09/25/2025 | 1341554 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 10/24/2025 | 1344028 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 11/21/2025 | 1346318 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 12/23/2025 | 1348687 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 01/27/2026 | 1351070 | Amounts Disbursed To Creditor | 702.93 |
| 8 | STATE FINANCIAL NETWORK LLC | 02/24/2026 | 1353431 | Amounts Disbursed To Creditor | 2,108.79 |
| | | | | Total for Claim Number 8: | 26,711.34 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **26,711.34** |

## Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JUSTIN ROBERT KOLANDER
103 ROENIGK ROAD
BOYERS, PA  16020

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

STATE FINANCIAL NETWORK LLC
5 HILLMAN DR STE 300
CHADDS FORD, PA  19317-9998


Dated: 03/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee