5/12/26 12:36 pm

CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JUSTIN ROBERT KOLANDER

Debtor(s)

Ronda J. Winnecour
　　　　Movant
vs.
No Repondents.

Case No.:23-20671

Chapter 13

Related to Docket No. 38

### ORDER OF COURT

AND NOW, this _____ 12th Day of May, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                    Case No. 23-20671-GLT

Justin Robert Kolander                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                 User: auto                                       Page 1 of 3

Date Rcvd: May 12, 2026                           Form ID: pdf900                              Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Robert Kolander, 103 Roenigk Road, Boyers, PA 16020-1313 |
| 15585744 | + | Armco Credit Union, 101 Hollywood Drive, Butler, PA 16001-7607 |
| 15585747 | | Butler Health System, PO Box 37171, Baltimore, MD 21297-3171 |
| 15601965 | + | EARNEST OPERATIONS LLC, Systems & Services Technologies, Inc., 4315 Pickett Road, Bankruptcy Department, St. Joseph, MO, 64503, ST. JOSEPH, MO 64503-1600 |
| 15585764 | + | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15585773 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, Attn: Bankruptcy, P.O. Box 5229, Cincinnati, OH 45201 |
| 15585774 | + | Us Bank, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15585742 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 13 2026 00:22:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15585743 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2026 00:23:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15585745 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 13 2026 00:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15585752 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 13 2026 00:21:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15585748 | + | Email/Text: bankruptcy@cavps.com | May 13 2026 00:22:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15590795 | + | Email/Text: bankruptcy@cavps.com | May 13 2026 00:22:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15585749 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2026 00:22:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15585750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 00:22:52 | Citi Bank/Shell, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 15585751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 00:22:59 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15585753 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2026 00:22:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15585754 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2026 00:22:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15585755 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2026 00:22:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15585760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  | May 13 2026 00:23:09 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15588266 |  | Email/Text: mrdiscen@discover.com | May 13 2026 00:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15585756 | + | Email/Text: mrdiscen@discover.com | May 13 2026 00:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15585757 |  | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 13 2026 00:21:00 | First Mark Services, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501 |
| 15588392 |  | Email/PDF: ebn_ais@aisinfo.com | May 13 2026 00:23:08 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 15585758 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 00:22:57 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15587918 |  | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 00:22:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15585759 | + | Email/Text: Documentfiling@lciinc.com | May 13 2026 00:21:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15585762 |  | Email/Text: ml-ebn@missionlane.com | May 13 2026 00:21:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15585761 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 13 2026 00:21:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15585763 | + | Email/Text: bankruptcy@td.com | May 13 2026 00:22:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15585765 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2026 00:21:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15585746 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2026 00:21:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 15585766 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 00:22:51 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15585767 | + | Email/Text: bankruptcysst@alorica.com | May 13 2026 00:21:00 | Sst, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15585768 | + | Email/Text: randall.jackson@statefinancialnetwork.com | May 13 2026 00:22:00 | State Financial Network, 5 Hillman Drive Suite 300, Chaddsford, PA 19317-9752 |
| 15607692 | + | Email/Text: randall.jackson@statefinancialnetwork.com | May 13 2026 00:22:00 | State Financial Network, LLC, 5 Hillman Drive, Suite 300, Chadds Ford, PA 19317-9752 |
| 15585769 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 00:22:47 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15585770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 00:23:04 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15585771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 00:23:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15585772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 00:22:56 | Synchrony Bank/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15585773 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 13 2026 00:22:00 | Us Bank, Attn: Bankruptcy, P.O. Box 5229, Cincinnati, OH 45201 |
| 16554328 | + | Email/PDF: ebn_ais@aisinfo.com | May 13 2026 00:22:59 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15585775 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 13 2026 00:23:05 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 12, 2026 | Form ID: pdf900 | Total Noticed: 42
TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | STATE FINANCIAL NETWORK |
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Justin Robert Kolander dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor STATE FINANCIAL NETWORK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4